**CHARLES R. BROWN #7570**
CITY CENTER
810 RICHARDS STREET, SUITE 810
HONOLULU, HAWAII 96813
**808.524.4600 extn. 234**
**Fax: 808.521.2870**
zahcb@hotmail.com

ATTORNEY FOR PLAINTIFF
**LURLINE THOMAS**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2005

____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

## IN UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| LURLINE THOMAS<br>      **PLAINTIFF,**<br><br>v.<br><br>PACIFIC EAGLE INTERNATIONAL SECURITY, INC., MACH NGUYEN, KEVIN SIMPSON and LENNY PENN et al,<br>      **DEFENDANTS** | **CIV. NO. 03-00207 HG/BMK**<br><br>STIPULATION/DISMISSAL OF CLAIMS:<br><br>INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS<br><br>NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS<br><br>FAILURE TO PROVIDE PROPER WORK ENVIRONMENT; and<br><br>CERTIFICATE OF SERVICE |

**STIPULATION/DISMISSAL OF CLAIMS: INTENTIONAL
INFLICTION OF EMOTIONAL DISTRESS;
NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AND
<u>FAILURE TO PROVIDE PROPER WORK ENVIRONMENT</u>**

It is hereby stipulated by and between all of the parties who have appeared herein, by their respective counsel, that the above-captioned and/or described causes of action are hereby dismissed with prejudice as to all parties, pursuant to FRCP 41(a)(1)(B)(C).

Each party is to bear its own costs and fees with respect to the defense and prosecution of these issues/claims.

Trial has been set to begin on February 8, 2005.

DATE: JANUARY 18, 2005

_____
CHARLES R. BROWN, ESQ.
ATTORNEY FOR PLAINTIFF


_____
VENETIA CARPENTER-ASUI
ATTORNEY FOR DEFENDANTS


APPROVED AND SO ORDERED

_____
Judge of the Above-Entitled Court


Thomas v. Pacific Eagle International Security Inc. et. Al; Civ. No. **03-00207 HG/BMK**,
**STIPULATION/DISMISSAL OF CLAIMS: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AND FAILURE TO PROVIDE PROPER WORK ENVIRONMENT**